**EDLESON & REZZO**

L.B. Chip Edleson (Bar No. 097195)
Joann F. Rezzo (Bar No. 185675)
402 West Broadway, Suite 2700
San Diego, CA 92101-8567
Tel: 619-230-8402
Fax: 619-230-1839

Attorneys for Plaintiff
William J. Tuma

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. TUMA, doing business as TUMA AND ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>EATON CORPORATION, formerly doing business as CUTLER-HAMMER, INC.,<br><br>Defendant. | CASE NO. 08-CV-0792 W CAB<br><br>**DEMAND FOR JURY TRIAL** |

DEMAND FOR JURY TRIAL

1     Plaintiff William J. Tuma hereby demands a jury trial.

2 Dated: May __, 2008

 

                                            EDLESON & REZZO

                                      By _____
                                        L. B. CHIP EDLESON
                                        JOANN F. REZZO
                                        Attorneys for Plaintiff
                                        William J. Tuma

-1-
DEMAND FOR JURY TRIAL