1 | **EDLESON & REZZO**
2 | L.B. Chip Edleson (Bar No. 097195)
  | Joann F. Rezzo (Bar No. 185675)
3 | 402 West Broadway, Suite 2700
  | San Diego, CA 92101-8567
4 | Tel: 619-230-8402
  | Fax: 619-230-1839
5 |
  | Attorneys for Plaintiff
6 | William J. Tuma
7 |
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | WILLIAM J. TUMA, doing business as TUMA AND ASSOCIATES,   CASE NO. 08-CV-0792 W CAB
11 |   **PROOF OF SERVICE**
12 | Plaintiff,
13 | v.
14 | EATON CORPORATION, formerly doing business as CUTLER-HAMMER, INC.,
15 | Defendant.

PROOF OF SERVICE

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years, and not a party to this action. I served the following:

1. Demand for Jury Trial

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☐ electronically using the court's CM/ECF electronic filing/service system.

☒ by placing the document(s) listed above in a sealed envelope with postage fully prepaid, in the United States mail at 402 W. Broadway, 27th Floor, San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below on May 1, 2008.

Robert A. Rees, Esq.
Rees Law Firm P.C.
1925 Century Park East, Suite 2000
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 1, 2008, at San Diego, California.

*Anne Donovan* (signature)
Anne Donovan

-1-
PROOF OF SERVICE