Robert A. Rees [State Bar No. 94295]
Rees Law Firm P.C.
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone: (310) 277-7071
Facsimile: (310) 277-7067

Attorney for Defendant
Eaton Electrical Inc., erroneously
sued as Eaton Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. TUMA, dba<br>TUMA & ASSOCIATES,<br><br>　　　Plaintiff,<br><br>vs.<br><br>EATON CORPORATION,<br>formerly dba CUTLER-HAMMER, INC.,<br><br>　　　Defendant. | CASE NO.: 08 CV 0792-W-cab<br><br>ANSWER OF DEFENDANT EATON ELECTRICAL INC. TO COMPLAINT OF WILLIAM J. TUMA |

In answer to the complaint of Plaintiff William J. Tuma dba Tuma and Associates, ("Plaintiff"), Defendant Eaton Electrical Inc., erroneously sued as Eaton Corporation ("Eaton") denies, admits and alleges as follows:

1. In response to paragraph 1 of the complaint, Eaton denies each and every allegation except that Eaton admits that it is the successor in interest to Cutler-Hammer, Inc.

2. Eaton admits the allegations of paragraph 2 of the complaint.

3. In response to paragraph 3 of the complaint, Eaton denies each and every allegation except that Eaton admits that under the agreement Tuma worked on commission as an independent sales representative selling Cutler-Hammer circuit breakers and was supposed to focus on sales to spa manufacturers. And Cutler-Hammer desired to

increase sales to the spa industry.

4. In response to paragraph 4 of the complaint Eaton denies each and every allegation except that Eaton admits that Watkins is a large spa company, based in San Diego and was an approved customer for Tuma.

5. In response to paragraph 5 of the complaint, Eaton denies each and every allegation.

6. In response to paragraph 6 of the complaint, Eaton denies each and every allegation except that Eaton admits it terminated its Manufacturer's Representative Agreement with Tuma in 2007.

7. In response to paragraph 7 of the complaint Eaton denies each and every allegation.

8. In response to paragraph 8 of the complaint Eaton denies each and every allegation.

9. In response to paragraph 9 of the complaint Eaton denies each and every allegation.

10. In response to paragraph 10 of the complaint Eaton incorporates by reference paragraphs 1-7 and 9.

11. In response to paragraph 11 of the complaint, Eaton denies each and every allegation except that Eaton admits that Cutler-Hammer and Plaintiff entered into a contract, attached as Exh. A to the complaint

12. In response to paragraph 12 of the complaint Eaton denies each and every allegation contained therein.

FIRST AFFIRMATIVE DEFENSE

13. As a first affirmative defense, Eaton asserts that Plaintiff has waived any and all claims that he may have or have had against Eaton.

SECOND AFFIRMATIVE DEFENSE

14. As a second affirmative defense, Eaton asserts that it has paid all monies and commissions it has owed to Plaintiff.

///

///

WHEREFORE, defendant Eaton Electrical Inc. prays for judgment as follows:

1. That Plaintiff take nothing by his complaint;

2. For costs of suit herein; and

3. For such other and further relief as the Court may deem just and proper.

DATED: May 9, 2008

REES LAW FIRM P.C.

By: *Robert A. Rees*
Robert A. Rees
Attorneys for Defendant
Eaton Electrical Inc., erroneously
sued as Eaton Corporation