Robert A. Rees [State Bar No. 94295]
Rees Law Firm P.C.
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone:  (310) 277-7071
Facsimile:   (310) 277-7067

Attorney for Defendant
Eaton Electrical Inc., erroneously
sued as Eaton Corporation

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. TUMA, dba TUMA & ASSOCIATES,<br><br>      Plaintiff,<br><br>vs.<br><br>EATON ELECTRICAL INC., formerly dba CUTLER-HAMMER, INC.,<br><br>      Defendant. | CASE NO.:  08 CV 0792-W-CAB<br><br>DEFENDANT EATON ELECTRICAL INC.'S PROOF OF SERVICE OF ANSWER TO COMPLAINT OF WILLIAM J. TUMA |

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1925 Century Park East, Suite 2000, Los Angeles, California 90067.  On May 20, 2008, I served the document described as ANSWER OF DEFENDANT EATON ELECTRICAL INC. TO COMPLAINT OF WILLIAM J. TUMA to the interested parties in this action by enclosing true copies of the document in a sealed envelope addressed to L.B. "Chip" Edleson, Esq. and Joann F. Rezzo, Esq., Edleson & Rezzo, Emerald Plaza, 402 West Broadway, 27th Floor, San Diego, CA 92101-8567.  I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal

1  Service.  In the ordinary course of business, the correspondence would be deposited with

2  the United States Postal Service at 1925 Century Park East, Suite 2000, Los Angeles,

3  California 90067 with postage thereon fully prepaid the same day on which the

4

5  correspondence was placed for collection and mailing at the firm.  Following ordinary

6  business practices, I placed for collection and mailing with the United States Postal Service

7  such envelope at 1925 Century Park East, Suite 2000, Los Angeles, California 90067.

8
     I declare that I am employed in the offices of a member of the State Bar of this Court
9
at whose direction the service was made.  I declare under penalty of perjury under the laws
10

11 of the United States of America that the above is true and correct.

12
 DATED:  May 19, 2008                    REES LAW FIRM PC
13
                                              /s Robert A. Rees
14
                                        By: _____
15                                             Robert A. Rees
                                            Attorneys for Defendant
16                                             Eaton Electrical Inc.

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT EATON ELECTRICAL INC.'S PROOF OF SERVICE OF ANSWER TO COMPLAINT

**PROOF OF SERVICE**
**William J. Tuma vs. Eaton Corporation**
**Case No. 08 CV 0792-W-CAB**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2000, Los Angeles, California 90067. On May 20, 2008, I served the document(s) described as [DOCUMENT] on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

☒ By placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

x    BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 1925 Century Park East, Suite 2000, Los Angeles, California 90067 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at 1925 Century Park East, Suite 2000, Los Angeles, California 90067.

☐    OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS ☐ UPS ☐ Overnight Delivery [specify name of service:     ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS ☐ UPS ☐ OVERNIGHT DELIVERY [specify name of service:     ] authorized to receive documents at 1925 Century Park East, Suite 2000, Los Angeles, California 90067 with delivery fees fully provided for.

☐    BY FACSIMILE: I sent via facsimile a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

     [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X    [Federal]    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 20, 2008, at Los Angeles, California.

                                         s/ Lori Lynner
                                         Lori Lynner

|   |   |
|---|---|
| 1 | **SERVICE LIST** |
| 2 |   |
| 3 | L.B. "Chip" Edleson, Esq.<br>Joann F. Rezzo, Esq. |
| 4 | Edleson & Rezzo<br>Emerald Plaza |
| 5 | 402 West Broadway, 27th Floor<br>San Diego, CA 92101-8567 |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

DEFENDANT EATON ELECTRICAL INC.'S PROOF OF SERVICE OF ANSWER TO COMPLAINT