# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

William J Tuma

V.

Eaton Corporation

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08CV0792-BTM(CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims for commissions arising from the field test order are dismissed with prejudice. Each side shall bear its own costs incurred in this action to date.

| November 14, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON November 14, 2011 |

08CV0792-BTM(CAB)