# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

William J. Tuma

**V.**

Eaton Corporation

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08CV0792-BTM(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant EATON CORPORATION and against Plaintiff WILLIAM TUMA. Each party shall bear its own costs incurred to date. No award of attorneys' fees is made at this time.

| December 6, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON December 6, 2011 |